IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ulmer, James | Case Number:  06 B 14786 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/6/08 | Filed:  11/10/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  March 20, 2008
Confirmed:  February 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,601.00 | |
| Secured: | | 3,411.59 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 189.41 |
| Other Funds: | | 0.00 |
| Totals: | 3,601.00 | 3,601.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Capital One Auto Finance | Secured | 15,148.84 | 3,411.59 |
| 2. | Internal Revenue Service | Priority | 5,727.21 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 403.71 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 130.97 | 0.00 |
| 5. | Capital One | Unsecured | 80.76 | 0.00 |
| 6. | Capital One | Unsecured | 78.49 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 71.39 | 0.00 |
| 8. | Capital One | Unsecured | 83.22 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 35.29 | 0.00 |
| 10. | Merrick Bank | Unsecured | 109.71 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 0.00 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 5.24 | 0.00 |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Retailers National Bank | Unsecured | | No Claim Filed |
| 15. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| | | | $ 21,874.83 | $ 3,411.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 40.37 |
| 5.4% | 149.04 |
| | $ 189.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ulmer, James | Case Number:  06 B 14786 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/6/08 | Filed:  11/10/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

